IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                                     CHAPTER 13
KIA BERARDINELLI LAMICQ                      CASE:  26-10471KHT

DEBTOR

CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The Standing Chapter 13 Trustee hereby files his Objection to Confirmation of the proposed chapter 13 Plan and states:

1.  Debtor is not current on plan payments. 11 U.S.C §§ 1325(a)(3) and (6).

2.  The commencement date of plan payments in Part 4.1 of the Chapter 13 Plan is outside of the timeframe of 11 U.S.C. § 1326(a)(1).

3.  Part 4.1.B. of the Plan includes language which appears to indicate a $6,000 payment will be received no later than May 30, 2026.  The plan cannot be administered as written. 11 U.S.C. § 1325(a)(6).  Additionally, Trustee objects to the nonstandard provision language in Part 4.1.D.  All nonstandard provisions must be in Part 12 of the Plan.

4.  The Chapter 13 Plan does not provide for the secured claim of Highlands Ranch Community Association, Inc. (Claim No. 1).  11 U.S.C. § 1325(a)(5).

5.  Part 7.5 of the Plan contains inconsistent information regarding arrears for Nbh Bank and the creditor belongs in Part 6.2 of the Plan.

6.  The Chapter 13 Plan does not properly provide for the secured claim of Ally Bank (Claim No. 2).  11 U.S.C. § 1325(a)(5).  Part 7.5 of the Plan includes Ally Bank and indicates they shall be paid their remaining balance payable on their debt; however, it appears this will be paid by a combination of direct payments and disbursement through regular plan payments.

7.  Pursuant to Debtor's testimony, she has not commenced the postpetition mortgage payments.  The Chapter 13 Plan may not be feasible.  11 U.S.C. § 1325(a)(6).

The Trustee reserves the right to amend his objection and to report on the payment history at any confirmation hearing.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. § 1307.

May 15, 2026

Respectfully submitted,

s/Michael Edlen
Michael Edlen, #49579
Attorney for Chapter 13 Trustee
Adam M. Goodman
P.O. Box 1169
Denver, CO  80201-1169
(303) 830-1971
FAX (303) 830-1973
medlen@ch13colorado.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Objection to Confirmation was placed in the U.S. Mail, postage prepaid or delivered electronically via ECF, on May 15, 2026 addressed as follows:

KIA BERARDINELLI LAMICQ
704 HUNTINGTON DRIVE
HIGHLANDS RANCH, CO 80126


DAVID A RIGGI
VIA CM/ECF



\s\  kmp
Chapter 13 Trustee Staff Member