**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br>**KIA BERARDINELLI LAMICQ** | Case No:  **26-10471**<br>Chapter **13** |

Debtor(s).

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 5/21/2026, I did cause a copy of the following document, described below.

**Motion to Sell Property Free and Clear of Liens**

to be served for delivery by the United States Postal Service, via First Class Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/21/2026

/s/ David A. Riggi
David A. Riggi, Esq.
Attorney for the Debtor

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

In re:

**KIA BERARDINELLI LAMICQ**

Case No:   **26-10471**

Chapter **13**

Debtor(s).

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 5/21/2026, I did cause a copy of the following document, described below.

**Motion to Sell Property Free and Clear of Liens**

were deposited for delivery by the United States Postal Service, via First Class Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/21/2026

*/s/ Alberto Chachagua*
Alberto Chachagua
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

I certify that on 5/21/2026, I caused a copy of Motion to Sell Property Free and Clear of Liens to be served by first class, United States mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | |
|---|---|---|---|---|
| AFFIRM INC | 650 CALIFORNIA ST FL 12 | SAN FRANCISCO, CA 94108-2716 | | |
| ALLY FINANCIAL | 200 RENAISSANCE CTR # B0 | DETROIT, MI 48243-1300 | | |
| Ally Bank | 4515 N. Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118-7901 | | |
| Ally Bank | AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118-7901 | |
| CAP1/KOHLS DEPT STORE | N56 RIDGEWOOD DR | MENOMONEE FAL, WI 53051 | | |
| CAPITAL ONE BANK USA | PO BOX 31293 | SALT LAKE CITY, UT 84131-0293 | | |
| Capital One/Wsi | PO BOX 31293 | SALT LAKE CITY, UT 84131-0293 | | |
| Citicards Cbna | PO BOX 6241 | SIOUX FALLS, SD 57117-6241 | | |
| Cleo Ai, Inc | 215 S STATE ST STE 1000 | SALT LAKE CITY, UT 84111-2336 | | |
| Comenitybk/Williamsnom | PO BOX 182120 | COLUMBUS, OH 43218-2120 | | |
| Credit One Bank Na | PO BOX 98875 | LAS VEGAS, NV 89193-8875 | | |
| DEPT OF EDUCATION/NELN | 121 S 13TH ST | LINCOLN, NE 68508-1904 | | |
| Ent Credit Union | PO Box 15819 | Colorado Springs, CO 80935-5819 | | |
| Highlands Ranch Community Association, Inc. | c/o WLPP Law | 350 Indiana Street, #450 | Golden, CO 80401-5095 | |
| I.C. System, Inc | PO BOX 64378 | SAINT PAUL, MN 55164-0378 | | |
| JEFFERSON CAPITAL SYSTEMS LLC | PO BOX 7999 | SAINT CLOUD MN 56302-7999 | | |
| LVNV Funding, LLC | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603-0587 | |
| NBH Bank | Douglas W. Brown | Brown Dunning Walker Fein Drusch PC | 7995 E. Prentice Ave, Ste 101E | Greenwood Village, CO 80111-2710 |
| Nbh Bank | 1111 MAIN ST | KANSAS CITY, MO 64105-2116 | | |
| Quantum3 Group LLC as agent for | Crown Asset Management LLC | PO Box 788 | Kirkland, WA 98083-0788 | |
| Td Bank Usa/Targetcred | PO BOX 673 | MINNEAPOLIS, MN 55440-0673 | | |
| Tri State Mortgage | 8480 E Orchard Rd Ste 3000 | Greenwood Village, CO 80111-5017 | | |
| U.S Department of Education c/o Nelnet | 121 South 13th Street | Lincoln, NE 68508-1911 | | |
| Verizon | by AIS InfoSource LP as agent | 4515 N Santa Fe Ave | Oklahoma City, OK 73118-7901 | |
| Wings Credit Union D | 11550 ENT PKWY | COLORADO SPRINGS, CO 80921-4275 | | |
| Adam M Goodman | Chapter 13 Trustee | P.O. Box 1169 | Denver, CO 80201-1169 | |

```
MIME-Version:1.0
From:cmecf-reply@cob.uscourts.gov
To:courtmail@localhost.localdomain
Bcc: dbrown@bdwfd.com, jkreh@bdwfd.com, jmellott@bdwfd.com, mail@ch13colorado.com, mdavis@wlpplaw.com, mlamb@wlpplaw.com, trusteeCOB1Z@ecf.epiqsystems.com
Do not notice for BK case:

Message-Id:<51571494@cob.uscourts.gov>
Subject:26-10471-KHT Motion to Sell Property Free and Clear of Liens Under Section 363(f)
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**District of Colorado**

Notice of Electronic Filing

The following transaction was received from David A Riggi entered on 5/21/2026 at 5:10 PM MDT and filed on 5/21/2026
**Case Name:** Kia Berardinelli Lamicq
**Case Number:** 26-10471-KHT
**Document Number:** 37

**Docket Text:**
Motion to Sell 704 Huntington Drive, Highlands Ranch, Colorado Free and Clear of Liens Under Section 363(f) Filed by David A Riggi on behalf of Kia Berardinelli Lamicq. (Riggi, David)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** LAMICQ MOTION TO SELL and EXHIBITS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=985638001 [Date=5/21/2026] [FileNumber=51571492-0
] [58bbe5304c97a2d3e30ed4e283d223d51e4a1d71d8356151140f0bb74a538ac3c94
d19baf4ca810b424b1e4bc7d06a05a4143ecb2806849e0515570592185a60]]

**26-10471-KHT Notice will be electronically mailed to:**

Douglas W Brown on behalf of Creditor NBH Bank
dbrown@bdwfd.com, jkreh@bdwfd.com,jmellott@bdwfd.com

Adam M Goodman
mail@ch13colorado.com, trusteeCOB1Z@ecf.epiqsystems.com

Michael Lamb on behalf of Creditor Highlands Ranch Community Association, Inc.
mlamb@wlpplaw.com, mdavis@wlpplaw.com

David A Riggi on behalf of Debtor Kia Berardinelli Lamicq
riggilaw@gmail.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

**26-10471-KHT Notice will not be electronically mailed to:**