**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Kimberley H. Tyson**

| | | | |
|---|---|---|---|
| In re: | ) | | |
| | ) | | |
| **KIA BERARDINELLI LAMICQ** | ) | **Case No.** | **26-10471-KHT** |
| | ) | **Chapter** | **13** |
| Debtor. | ) | | |
| | ) | | |

---

**NBH BANK'S LIMITED OBJECTION TO AMENDED CHAPTER 13 PLAN OF**
**DEBTOR AND TO DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL**
**PROPERTY FREE AND CLEAR OF LIENS PURSUANT**
**TO 11 U.S.C. §§ 363(b) AND (f)**

---

COMES NOW the creditor, **NBH BANK,** ("NBH BANK") by and through its attorneys, BROWN DUNNING WALKER FEIN DRUSCH PC, and for its Limited Objection to the Amended Chapter 13 Plan of Debtor and Debtor's Motion For Authority to Sell Real Property Free and Clear of Liens Pursuant to 11 U.S.C. §§ 363(b) and (f), states as follows:

1.      Creditor is a secured creditor of the Debtor, **KIA BERARDINELLI LAMICQ**, ("Debtor") with an outstanding principal balance due and owing on the underlying Note entered into on November 29, 2021.

2.      Such Note is secured by a Deed of Trust filed against the real property of Debtor known as 704 Huntington Drive, Highlands Ranch, CO 80126 (the "Real Property").

3.      The Note is in payment default.

4.      Pursuant to 11 U.S.C. § 1325(a), the Creditor objects to the Plan to the extent that Debtor's sale proceeds of the Real Property as detailed in Debtor's Motion For

1

Authority to Sell Real Property Free and Clear of Liens Pursuant to 11 U.S.C. §§ 363(b) and (f) does not include interest plus attorney fees and costs incurred by Creditor since the date of Debtor's bankruptcy, and the $392,500.00 listed as the amount of the payoff in the proforma attached as Exhibit B to the Debtor's Motion For Authority to Sell Real Property Free and Clear of Liens Pursuant to 11 U.S.C. §§ 363(b) and (f) is inaccurate

WHEREFORE, for the reasons set forth above, the Creditor, **NBH BANK**. objects to the Chapter 13 Plan and to Debtor's Motion For Authority to Sell Real Property Free and Clear of Liens Pursuant to 11 U.S.C. §§ 363(b) and (f)..

Dated this 29th day of May, 2026.

BROWN DUNNING FEIN DRUSCH PC

*s/ Douglas W. Brown*
Douglas W. Brown, Atty. Reg. No. 10429
*Attorneys for NBH Bank*
7995 E. Prentice Ave, Suite 101E
Greenwood Village, CO 80111
Telephone:       303-329-3363
Fax:             303-393-8438
Email:     dbrown@bdfdfirm.com

## CERTIFICATE OF MAILING

I hereby certify that on this 29th day of May, 2026, true and correct copies of the foregoing was served on the following as addressed below via CM/ECF electronic notice, or in the alternative by depositing same in the United States Mail, bearing proper postage, duly addressed as follows:

**Kia Berardinelli Lamicq**
704 Huntington Drive
Highlands Ranch, CO 80126

**David A. Riggi**
Riggi Law Firm
*via CM/ECF electronic notice*

**Adam M Goodman, Ch 13 Trustee**
*via CM/ECF electronic notice*

**US Trustee**
*via CM/ECF electronic notice*

*s/ Jennifer L. Mellott*