**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **IN RE:** | | **Case No.** 26-10471-KHT |
| Kia Berardinelli Lamicq | **Debtor(s)** | |
| Candace G Berardinelli | | **Chapter** 13 |
| | **Codebtor** | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

COMES NOW P. Matthew Cox of the law firm of Spencer Fane LLP and hereby enters his appearance on behalf of Ally Bank, party in interest in the above-captioned case, and requests copies of all pleadings and notices in this case be sent to:

> P. Matthew Cox ((9879))
> Spencer Fane LLP
> 10 Exchange Place, 11th Floor
> Salt Lake City UT 84111

Neither this Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive: (i) Movant's right to have final orders in non-core matters entered only after de novo reviewed by a district judge (ii) Movant's right to trial.

DATED this June 10, 2026

> Spencer Fane LLP
>
> */s/  P. Matthew Cox*
> P. Matthew Cox ((9879))
> 10 Exchange Place, 11th Floor
> Salt Lake City UT 84111
> Telephone : (801) 521-9000
> Fax : (801) 363-0400
> mcox@spencerfane.com
> Attorney for Ally Bank

## CERTIFICATE OF SERVICE

I certify that on June 10, 2026, I caused to be served a true and correct copy of the foregoing Entry of Appearance and Request for Notice by electronic mail or by first class mail with postage prepaid on the following:

*Via US Mail*

Kia Berardinelli Lamicq
704 Huntington Drive
Highlands Ranch, CO 80126

Candace G Berardinelli
11377 W Frost Ave
Littleton, CO 80127

*Via CM / ECF / NEF*

David A Riggi
Riggi Law Firm
7900 W Sahara Ave, Suite 100
Las Vegas, NV 89117
riggilaw@gmail.com

Adam M Goodman
P.O. Box 1169
Denver, CO 80201
mail@ch13colorado.com

U.S. TRUSTEE
Byron G. Rogers Federal Building,
1961 Stout St. Ste. 12-200
Denver, CO 80294
USTPRegion19.DV.ECF@usdoj.gov

*/s/ Cathy Bush*
4515 N. Santa Fe Ave.
Oklahoma City OK 73118