**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

In re:

KIA BERARDINELLI LAMICQ,

Debtor(s).

Case No. 26-10471 KHT

Chapter 13

---

**ORDER FOR COMPLIANCE WITH LOCAL BANKRUPTCY RULE 3015-1 AND OTHER
APPLICABLE RULES OF PROCEDURE REGARDING SERVICE AND NOTICE**

---

THIS MATTER comes before the Court on the Amended Chapter 13 Plan (Docket #60) filed by Kia Lamicq (the "Debtor") on July 15, 2026. The Court finds that the Debtor has failed to comply with the June 10, 2026 Minutes of Proceeding and file a 3015-1.2 Notice. Noted more specifically below:

☒ Debtor failed to file a 3015-1.2 Notice pursuant to L.B.R. 3015-1(b)(3). The Debtor shall complete and file with the Court and serve on the Chapter 13 Trustee and **all creditors and parties in interest** a copy of the Amended Chapter 13 Plan filed July 15, 2026 and a 3015-1.2 Notice on or before **July 22, 2026**. The notice must conform to L.B.F. 3015-1.2. These local forms, as well as the associated rules referred to in this Order, are available on the Court's website, http://www.cob.uscourts.gov.[1]  Service of the Chapter 13 Plan and notice must comply with L.B.R. 3015-1 and Fed. Bankr. Rules 9014 and 7004;

The notice must also inform parties that: Parties wishing to appear telephonically  at the confirmation hearing shall call the court at 1-833-568-8864 or 1-833-435-1820 immediately prior to the time of the scheduled hearing.  Please enter the Meeting ID: 160 632 4304, followed by the # sign, then press # again if/when prompted to enter a participant ID. All information regarding telephonic appearances are available on the Court's website at: www.cob.uscourts.gov/content/chief-judge-kimberley-h-tyson-kht.

The Debtor must insert into the notice a deadline for objections to the plan that allows the trustee and creditors 21 days from the date of service to file an objection.  Fed. R. Bankr. P. 2002(a), 9006(f), and L.B.R. 3015-1(c)(1).

In addition to the objection deadline, objectors must file their objections at least seven days after the scheduled Meeting of Creditors date.  L.B.R. 3015-1(c)(1). To allow for this additional time factor, the deadline to object to Debtor's Chapter 13 Plan shall be set forth in the notice as **August 12, 2026**; and

The Debtor is also required to complete and file a Confirmation Status Report **on or before August 19, 2026**.  This form is available at L.B.F. 3015-1.4.

---

[1] The forms can be found under the Rules tab and then select the local rules and then both the rules and forms will appear together in a PDF format.

The previously scheduled telephonic confirmation hearing on **August 19, 2026** is VACATED and RESCHEDULED for **Wednesday, August 26, 2026 at 1:30 p.m**.

DATED July 17, 2026.                                    BY THE COURT:

_____
Kimberley H. Tyson, Chief Judge
United States Bankruptcy Court